UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**ASPECT SOFTWARE, INC.**

V.　　　　　　　　　　　　　　　　　　　CIVIL ACTION NO. **11-10754-DJC**

**GARY BARNETT**

### Scheduling Order

Casper, J.

  This Scheduling Order is intended primarily to provide a reasonable timetable for discovery and motion practice and to ensure the fair and just resolution of this matter, either by settlement or trial, without undue delay or expense.

  Having conducted a Scheduling Conference between the parties pursuant to Local Rule 16.1(a), it is hereby ORDERED pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(f) that:

1. **Fact Discovery**.

  a. **Final Deadline**. All discovery, other than expert discovery, must be completed by **October 31, 2011**.

2. **Status Conference**. A status conference will be held on **November 9, 2011** at **2:30PM** in Courtroom 11, 5th Floor.

3. **Expert Discovery**.

  a. Plaintiff(s)' trial experts must be designated and the information required by Fed. R. Civ. P. 26(a)(2) must be disclosed by **November 30, 2011**.

  b. Defendant(s)' trial experts must be designated and the information required by

      Fed. R. Civ. P. 26(a)(2) must be disclosed by **December 15, 2011** .

   c.    All trial experts must be deposed by **January 17, 2012** .

4. **Summary Judgment Motions**.

   a. Motions for summary judgment must be filed by **January 31, 2012** .

   b. Opposition to summary judgment motions must be filed within 21 days after service of the motion pursuant to Local Rule 7.1.

   c. All summary judgment filings shall conform to the requirements of Local Rule 56.1.


Date:  **July 21, 2011**                           /s/ Denise J. Casper
                                                                  U. S. District Judge