# United States Court of Appeals
## For the First Circuit

No. 11-1728, 11-2204

ASPECT SOFTWARE, INC.

Plaintiff - Appellee

v.

GARY BARNETT

Defendant - Appellant

**JUDGMENT**

Entered: November 17, 2011

Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of the parties' stipulation of dismissal of these appeals, it is hereby ordered that these appeals be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

By the Court:

Margaret Carter, Clerk.

cc:
Charles Tait Graves
Gerard O'Shea
Lawrence Murray
Marina Tsatalis
Michael Samarel
Russell Beck
Stephen Reed