# United States Court of Appeals
## For the First Circuit

———————————————

Nos. 11-1728, 11-2204

ASPECT SOFTWARE, INC.

Plaintiff - Appellee

v.

GARY BARNETT

Defendant - Appellant

———————————————

**MANDATE**

Entered: November 17, 2011

In accordance with the judgment of November 17, 2011, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Russell Beck
Charles Tait Graves
Lawrence P. Murray
Gerard D. O'Shea
Stephen B. Reed
Michael Victor Samarel
Marina C. Tsatalis